

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Javier Machuro-Garcia, Et al<br><br>Defendant(s) | CRIMINAL NO. 07MJ8822<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 878·726 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

Delia Navor-Fuentes
01625-298
@ 1CJ

DATED: 10/16/07

**PETER C. LEWIS**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk