UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Javier Machorro-Garcia, et al ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07MJ8802 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 878 728 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Fernando De La Rosa-Perez
01626-298
@ ICS

DATED: 10/16/07

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
Deputy Clerk

RECEIVED _____
            DUSM

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062