1  KAREN P. HEWITT
   United States Attorney
2  DALE BLANKENSHIP
   Assistant U.S. Attorney
3  California State Bar No.  235960
   United States Attorney's Office
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-6199
   Facsimile: (619) 235-2757
6  Email: dale.blankenship@usdoj.gov

7  Attorneys for Plaintiff
   United States of America

8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,          )    Criminal Case No. 07cr2869-W
                                       )
12                     Plaintiff,      )
                                       )    NOTICE OF APPEARANCE
13           v.                        )
                                       )
14  Javier Machorro-Garcia (1),        )
    Raul Garcia-Velez (2),             )
15  Christian Lozano-Coutino (3),      )
                                       )
16                     Defendants.     )

17  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

18      I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

19      I certify that I am admitted to practice in this court or authorized to practice under CivLR

20  83.3.c.3-4.

21      The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

23  counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

24  activity in this case:

25      Name (If none, enter "None" below)

26      Dale Blankenship

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u> (If none, enter "None" below)

None

Please call me if you have any questions about this notice.

DATED:   November 20, 2007.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Dale Blankenship

_____
DALE BLANKENSHIP
Assistant United States Attorney
Attorneys for Plaintiff
United States of America